IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Fay D | Case Number: 08 B 08635 |
| | Judge: Squires, John H |
| Printed: 01/22/09 | Filed: 4/9/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 22, 2008
Confirmed: July 16, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,674.99 | |
| Secured: | | 3,794.91 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 572.74 |
| Trustee Fee: | | 307.34 |
| Other Funds: | | 0.00 |
| Totals: | 4,674.99 | 4,674.99 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 3,373.00 | 572.74 |
| 2. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 16,834.00 | 1,683.42 |
| 4. | Rescap Mortgage | Secured | 44,747.97 | 2,111.49 |
| 5. | Aurora Loan Service | Unsecured | 4,341.81 | 0.00 |
| 6. | HSBC Auto Finance | Unsecured | 479.41 | 0.00 |
| 7. | T Mobile USA | Unsecured | 191.20 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 557.25 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 289.59 | 0.00 |
| 10. | American General Finance | Unsecured | 1,966.76 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 666.00 | 0.00 |
| 12. | Collection | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | Fair Collections & Outsourcing | Unsecured | | No Claim Filed |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| 17. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| | | | $ 73,446.99 | $ 4,367.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 224.96 |
| 6.6% | 82.38 |
| | $ 307.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Brown, Fay D

Printed: 01/22/09

Case Number:  08 B 08635
Judge:  Squires, John H
Filed:  4/9/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

